■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN ESPINAL, Appellant. [632 NYS2d 1019] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092,

1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Balio and Davis, JJ.